**IT IS SO ORDERED.**

**SIGNED THIS: October 04, 2010**

_____
          **MARY P. GORMAN**
          **UNITED STATES BANKRUPTCY JUDGE**

_____

```
                    IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE CENTRAL DISTRICT OF ILLINOIS

RE: SALINE H. & DENNIS E. O'BRYAN, JR )
                                      )
U.S. Bank, N.A., its successors and/  )
or assigns,                           )
                Creditor,             )
        vs.                           )  CASE NO. 10-72385
                                      )  JUDGE Mary P. Gorman
SALINE H. & DENNIS E. O'BRYAN, JR,    )
                Debtors,              )
                                      )
```

**ORDER MODIFYING STAY**

THIS CAUSE COMING ON TO BE HEARD on the motion of U.S. Bank, N.A., its successors and/or assigns, a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

   IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to U.S. Bank, N.A., its successors and/or assigns and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 1014 Knoll Pointe, Springfield, IL.

Bankruptcy Rule 4001 (a)(3) is waived and not applicable.
Any Claims and/or Stipulations filed by this Creditor are vacated.

Debtor shall not be responsible for any personal deficiency that remains on this debt.


Pierce and Associates, P.C.
Attorneys for Creditor
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
312-346-9088
PA No: 10-5204

###